UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

DAVID ALLEN BLEAU,

       Plaintiff,

v.

SIEMENS GAMESA RENEWABLE
ENERGY, INC. and KYLE CONNOLLY,

       Defendants.

Case No. 2:24-cv-00004

Honorable Jane M. Beckering
Magistrate Judge Maarten Vermaat

---

| | |
|---|---|
| Wendy Marcotte (P74769) | Elizabeth Wells Skaggs (P62133) |
| Marcotte Law PLLC | Francesca L. Parnham (P87300) |
| Attorneys for Plaintiff | Varnum LLP |
| 102 W. Washington Street, Suite 217 | Attorneys for Defendants |
| Marquette, MI  49855-4350 | Bridgewater Place, P.O. Box 352 |
| (906) 273-2261 | Grand Rapids, MI  49501-0352 |
| wendy@marcottelaw.us | (616) 336-6000 |
| | ewskaggs@varnumlaw.com |
| | flparnham@varnumlaw.com |

## JOINT MOTION TO SUBMIT SETTLEMENT AGREEMENT
## FOR APPROVAL VIA RESTRICTED ACCESS

    For the reasons set forth in the brief filed herewith, Plaintiff, David Allen Bleau, and Defendants, Siemens Gamesa Renewable Energy, Inc. and Kyle Connolly, through their counsel, move for review of their settlement agreement by the Court via restricted access.  Restricted

2

access will permit the Court to review it for approval, while preserving the confidentiality of the agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Wendy Marcotte (w/permission)* <br> Wendy Marcotte (P74769) <br> Marcotte Law PLLC <br> Attorneys for Plaintiff <br> 102 W. Washington Street, Suite 217 <br> Marquette, MI  49855-4350 <br> (906) 273-2261 <br> wendy@marcottelaw.us <br><br> Dated: September 24, 2024 | */s/ Elizabeth Wells Skaggs* <br> Elizabeth Wells Skaggs (P62133) <br> Francesca L. Parnham (P87300) <br> Varnum LLP <br> Attorneys for Defendants <br> Bridgewater Place, P.O. Box 352 <br> Grand Rapids, MI  49501-0352 <br> (616) 336-6000 <br> ewskaggs@varnumlaw.com <br> flparnham@varnumlaw.com <br><br> Dated: September 24, 2024 |

26198224