UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID ALLEN BLEAU,

    Plaintiff,

v.

SIEMENS GAMESA RENEWABLE ENERGY, INC., et al.,

    Defendants.
_____/

Case No. 2:24-cv-4

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on the parties' Joint Motion for leave to file the settlement agreement under restricted access (ECF No. 38), seeking to file the proposed restricted access settlement agreement (ECF No. 41). The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the Joint Motion for leave to file the settlement agreement under restricted access (ECF No. 38) is GRANTED. The settlement agreement (ECF No. 41) is accepted as filed under restricted access, with access limited to only the Court and counsel of record for the parties.

Dated: September 25, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge