UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

DAVID ALLEN BLEAU,

    Plaintiff,

v.

SIEMENS GAMESA RENEWABLE
ENERGY, INC. and KYLE CONNOLLY,

    Defendants.

Case No. 2:24-cv-00004

Honorable Jane M. Beckering
Magistrate Judge Maarten Vermaat

---

Wendy Marcotte (P74769)
Marcotte Law PLLC
Attorneys for Plaintiff
102 W. Washington Street, Suite 217
Marquette, MI  49855-4350
(906) 273-2261
wendy@marcottelaw.us

Elizabeth Wells Skaggs (P62133)
Francesca L. Parnham (P87300)
Varnum LLP
Attorneys for Defendants
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
ewskaggs@varnumlaw.com
flparnham@varnumlaw.com

---

**ORDER REGARDING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND ENTRY OF STIPULATED ORDER OF DISMISSAL**

Plaintiff and Defendants having submitted a Joint Motion for Approval of Settlement Agreement and Entry of Stipulated Order of Dismissal, and the Court having scrutinized the settlement agreement for fairness, and having concluded that the terms of the settlement are fair,

IT IS HEREBY ORDERED that the settlement agreement between Plaintiff and Defendants is approved.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendants are dismissed, with prejudice and without costs.

Dated:  September 25, 2024

/s/ Jane M. Beckering
Honorable Jane M. Beckering
United States District Judge

26198175